IN THE SUPREME COURT OF TEXAS

 No. 03-1093

 In re WELLS FARGO BROKERAGE SERVICES, LLC AND WELLS FARGO INVESTMENTS LLC

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' second motion for temporary relief, filed February
19, 2004, is granted. All underlying proceedings in Cause No. 2002-09-3856-
B, styled Antonio Figueroa Rea, et al. v. Chase Securities of Texas, Inc.,
et al., in the 138th District Court of Cameron County, Texas, are stayed
pending further order of this Court.

 Done at the City of Austin, this February 25, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas